Decided October 16, 2006

## SHARYN N. D'URSO ET AL. *v.* DEBORAH LYONS, EXECUTRIX (ESTATE OF ROBERT B. D'URSO), ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 97 Conn. App. 253 (AC 26860), is denied.

*Kenneth A. Votre,* in support of the petition.

*David A. Shaw,* in opposition.

Decided October 16, 2006